File

PROVIDED TO
CHARLOTTE CI
3/11/21 FOR MAILING

2021 MAR 15  PM 2:47

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

# General Affidavit

State of Florida
County of Charlotte          2:21-CV-221-FtM-L6NPM

I, La'Marquis D. Powell Q24814, Do Hereby swear that the following Statements is True and correct made of my own Free will and my personal Knowledge;
" Retaliation, Torture, Torment, Cruel and inhumane Treatment."

(1.) On 3/6/2021 While Housed in Golf. Dorm wing 3, 4, 2, 1 (20) inmates was stripped of all property and put on management meal, Left in cell with only boxer shorts Retain audio, video equipment.

(2.) Captain Frost and His Hitmen's. enforcer, goons Retaliated by randumly picking inmates, Because on 3/2/2021 we witness Frost and goons, Retaliated Beat and Torture inmate Christopher J. Bowden in hand-cuffs and Leg irons.

(3.) So on 3/6/2021 out of retalifffion captain Frost came into the dorm and took All our property, Medication, Clothing every thing Left us in only Boxer: shower slides

(4) Our bones, backs, Legs, Knees, side, arms, neck's is hurting, soar, painful and the inmates did not do nothing to deserve this.

(5) Charlotte C.I Top administrators are trying to install Fear into the inmates allowing subordinate officers Like cpt. Frost, sgt. Torres, Officer Canistatic, officer Thweatt, Captain Frost, goons, enforcers, assassins, Hit-man

(6) Are subjecting inmates to "torture, torment, abuse, Humiliation, cruel and inhumane treatment.

Relief

(1) That the court take "emergency action".

(2) That the "Federal Marshalls, FBI, FDLE" be instructed to investigate the matter and take action.

(3) To stop the [ongoing] "torture, torment retaliation, harassment, abuse inhumane treatment.

(4) Under the penalty of perjury, I declare that I have read the foregoing affidavit and that the Facts are stated in it are true and that the facts are correct. F.S. 92.525. and 28 U.S.C g/746

/s/ Lamarquis D. Powell
Q24814